**Electronically Filed
Supreme Court
SCWC-17-0000918
20-FEB-2020
10:19 AM**

SCWC-17-0000918

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

STEPHEN KALIKO MAKANANI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000918; CASE NO. 5CPC-17-0000020)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Stephen Kaliko

Makanani's application for writ of certiorari filed on

December 23, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 20, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

